**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Faith Stekly,

                Plaintiff,

v.

I.Q. Data International, Inc.,

                Defendant.

No. 25-cv-216 (ECT/DLM)

**ORDER SETTING**
**PRETRIAL CONFERENCE**

Pursuant to Rule 16 of the Federal Rules of Civil Procedure, a **Zoom Audio** pretrial conference will be held on **March 21, 2025, at 1:30 p.m.**, before United States Magistrate Judge Douglas L. Micko.  Please go to Zoomgov.com and use the following login information to join the hearing: Meeting ID: 161 892 1138, Passcode: 309807.

A party may request that the pretrial conference be held **in person** by emailing the request to ***Micko_chambers@mnd.uscourts.gov*** and copying all counsel of record.

Pursuant to Rule 26(f) of the Federal Rules of Civil Procedure, counsel shall meet prior to the scheduled pretrial conference to discuss settlement and the matters required by Fed. R. Civ. P. 26(f), and shall jointly prepare and file a complete written Report of the Rule 26(f) meeting **at least one week** prior to the pretrial conference.  **NOTE:  The Report must be submitted in the attached format**.  Please email a copy of the report in Word format to Magistrate Judge Micko at ***micko_chambers@mnd.uscourts.gov.***

Counsel and pro se litigants are expected to review and familiarize themselves, before the Rule 26(f) conference, with the Federal Rules of Civil Procedure and the Local

Rules for the District of Minnesota ("Local Rules"). A copy of the Local Rules can be found on the Court's website at *http://www.mnd.uscourts.gov/local_rules/index.shtml.*

In addition, each party shall email to chambers **<u>at least one week</u>** before the pretrial conference a confidential settlement letter addressing what settlement discussions have taken place, whether the party believes an early settlement conference would be productive, and what discovery each party believes is necessary before an early settlement conference can take place.

If any party does not have counsel of record listed in this case, Plaintiff's counsel bears the responsibility to (1) immediately notify those parties and counsel of this conference, and (2) inform those parties and counsel of the requirements set forth in this notice.

Failure of any party or counsel to comply with any part of this Notice, including delivery of a copy of the Rule 26(f) Report to Magistrate Judge Micko's chambers by the time specified in this Notice, may result in the postponement of the pretrial conference, the imposition of an appropriate sanction on the party or attorney who failed to comply, or both.

Lead trial counsel should make every effort to attend the pretrial conference. If this is not possible, substitute counsel who can knowledgeably discuss the dispute, the matters set forth in Fed. R. Civ. P. 16(c), the Rule 26(f) Report, and the status of settlement discussions should attend. Counsel should contact Magistrate Judge Micko's Courtroom Deputy, at 651-848-1900 or micko_chambers@mnd.uscourts.gov, with respect to any matters concerning the pretrial conference.

DATED:  February 12, 2025            *s/Douglas L. Micko*
                                     DOUGLAS L. MICKO
                                     United States Magistrate Judge