**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| Faith Stekly,<br><br>        Plaintiff,<br><br>v.<br><br>I.Q. Data International, Inc., and<br><br>Liberty Mutual Insurance Company,<br><br>        Defendants. | Case No.: 0:25-cv-216-ECT-DLM<br><br>**DECLARATION OF**<br>**FAITH STEKLY IN SUPPORT OF**<br>**PLAINTIFF'S MOTION FOR**<br>**JUDGMENT ON THE PLEADINGS**<br>**AS TO LIABILITY AS TO**<br>**DEFENDANT I.Q. DATA**<br>**INTERNATIONAL, INC.** |

I, Faith Stekly, declare as follows:

1.     I am the Plaintiff in the above entitled action, over the age of 18, and could competently testify to the facts in this declaration if so called to do so.

2.     I am submitting this Declaration in support of **PLAINTIFF'S MOTION FOR JUDGMENT ON THE PLEADINGS AS TO LIABILITY AS TO DEFENDANT I.Q. DATA INTERNATIONAL, INC.** in the above-entitled action (the "Action").

3.     Attached as **Exhibit 1** is a true and correct copy of the March 2, 2024, Cease and Desist letter that I sent to Defendant I.Q. Data International, Inc. ("Defendant IQ Data"), referenced in my Complaint and First Amended Complaint.

4.     Attached as **Exhibit 2** is a true and correct copy of the March 18, 2024, collection letter I received in the U.S. Mail back from Defendant IQ Data providing unsolicited

- 1 -

information about this debt, and demanding payment for it, referenced in my Complaint and First Amended Complaint.

5.      Attached as **Exhibit 3** is a true and correct copy of the apartment lease signed by Lexi Apartments and myself, referenced in my Complaint and First Amended Complaint.

I declare under penalty of perjury that the foregoing is true and correct.


Date: 03/28/2025                                    Signature: Faith Stekly (Mar 28, 2025 21:24 CDT)

                                                                Faith Stekly

# 4-Declaration of Faith Stekly

Final Audit Report                                                          2025-03-29

| | |
|---|---|
| Created: | 2025-03-29 |
| By: | Peter Barry (pbarry@lawpoint.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAA3YERcxbW6rvIPU8GOFNE3ojKLX6Wsu0I |

## "4-Declaration of Faith Stekly" History

📄 Document created by Peter Barry (pbarry@lawpoint.com)
2025-03-29 - 0:13:25 AM GMT- IP address: 65.128.69.201

✉ Document emailed to faithelizs@icloud.com for signature
2025-03-29 - 0:13:29 AM GMT

📄 Email viewed by faithelizs@icloud.com
2025-03-29 - 2:24:12 AM GMT- IP address: 146.75.192.0

✍ Signer faithelizs@icloud.com entered name at signing as Faith Stekly
2025-03-29 - 2:24:32 AM GMT- IP address: 4.2.66.226

✍ Document e-signed by Faith Stekly (faithelizs@icloud.com)
Signature Date: 2025-03-29 - 2:24:34 AM GMT - Time Source: server- IP address: 4.2.66.226

✅ Agreement completed.
2025-03-29 - 2:24:34 AM GMT

THE BARRY LAW OFFICE, LTD
CONSUMER RIGHTS LAW
LAWPOINT.COM

Powered by
Adobe
Acrobat Sign