# EXHIBIT 1

March 2, 2024

Via Certified Mail

IQ Data International
P.O. Box 340, Bothell, WA 98041-0340
Phone: 888-248-2509 est. 1358

**RE:**    Faith Stekly

Dear IQ Data International,

I, Faith Stekly vehemently dispute the balance and existence of this debt amount in its entirety.

The collection of $1,100 as stated by your company is related to a charge from Lexi Apartments where there is no basis in fact or law for the charge or collection of such an amount.

Neither your company, or the original creditor, is entitled to payment of the amount claimed. If the landlord had taken legal action on these claims, which the landlord has not, I would have presented a strong and defensible legal position against this claim.

Please cease all collection activities immediately.

You may send any further correspondence to me over email at faithelizs@icloud.com.

Sincerely,

Faith E. Stekly



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Bothell WA 98041

OFFICIAL USE

| Certified Mail Fee | $4.40 | | |
|---|---|---|---|
| $ | | $0.00 | |

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy) $ $0.00
☐ Return Receipt (electronic) $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required $ $0.00
☐ Adult Signature Restricted Delivery $

Postage $0.68
$

Total Postage and Fees
$5.08

Postmark Here

MAR 4 2024

03/04/2024

Sent To _IQ Data International_

Street and Apt. No., or PO Box No. _PO Box 340_

City, State, ZIP+4® _Bothell, WA 98041-0340_

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

0882 08

---
*(margin)* 7022 2410 0000 6665 9790

*(top header)* v-00216-ECT-DLM Doc. 21-1 Filed 03/28/25

# Certified Mail service provides the following benefits:

- A unique identifier for your mailpiece.
- Electronic verification of delivery or attempted delivery.
- A record of delivery (including the recipient's signature) that is retained by the Postal Service™ for a specified period.

*Important Reminders:*

- You may purchase Certified Mail service with First-Class Mail®, First-Class Package Service®, or Priority Mail® service.
- Certified Mail service is *not* available for international mail.
- Insurance coverage is *not* available for purchase with Certified Mail service. However, the purchase of Certified Mail service does not change the insurance coverage automatically included with certain Priority Mail items.
- For an additional fee, and with a proper endorsement on the mailpiece, you may request the following services:
  - Return receipt service, which provides a record of delivery (including the recipient's signature). You can request a hardcopy return receipt or an electronic version. For a hardcopy return receipt, complete PS Form 3811, *Domestic Return Receipt;* attach PS Form 3811 to your mailpiece;

- for an electronic return receipt, see a retail associate for assistance. To receive a duplicate return receipt for no additional fee, present this USPS®-postmarked Certified Mail receipt to the retail associate.
  - Restricted delivery service, which provides delivery to the addressee specified by name, or to the addressee's authorized agent.
  - Adult signature service, which requires the signee to be at least 21 years of age (not available at retail).
  - Adult signature restricted delivery service, which requires the signee to be at least 21 years of age and provides delivery to the addressee specified by name, or to the addressee's authorized agent (not available at retail).
- To ensure that your mailpiece receipt is accepted as legal proof of mailing, it should bear a USPS postmark. If you would like a postmark on this Certified Mail receipt, please present your Certified Mail item at a Post Office™ for postmarking. If you don't need a postmark on this Certified Mail receipt, detach the barcoded portion of this label, affix it to the mailpiece, apply appropriate postage, and deposit the mailpiece.

**IMPORTANT: Save this receipt for your records.**

7022 2410 0000 6665 9790

PS Form **3800**, April 2015 *(Reverse)* PSN 7530-02-000-9047



**UNITED STATES POSTAL SERVICE.**

PRIOR LAKE
4455 VILLAGE LAKE DR SE
PRIOR LAKE, MN 55372-9926
(800)275-8777

03/04/2024                                12:17 PM

| Product | Qty | Unit Price | Price |
|---------|-----|------------|-------|
| First-Class Mail® Letter | 1 | | $0.68 |

  Bothell, WA 98041
  Weight: 0 lb 0.30 oz
  Estimated Delivery Date
    Fri 03/08/2024

| Certified Mail® | | | $4.40 |
|---|---|---|---|

      Tracking #:
        70222410000066659790

| Total | | | $5.08 |
|---|---|---|---|
| BD BLUE LITHO | 1 | $6.99 | $6.99 |

| Grand Total: | | | $12.07 |
|---|---|---|---|

| Debit Card Remit | | | $12.07 |
|---|---|---|---|

    Card Name: VISA
    Account #: XXXXXXXXXXXX█
    Approval #: 001816
    Transaction #: 499
    Receipt #: 029820
    Debit Card Purchase: $12.07
    AID: A0000000█      Contactless
    AL: US DEBIT

Text your tracking number to 28777 (2USPS)
to get the latest status. Standard Message
and Data rates may apply. You may also
visit www.usps.com USPS Tracking or call
1-800-222-1811.

Preview your Mail
Track your Packages
Sign up for FREE @
https://informeddelivery.usps.com

All sales final on stamps and postage.
Refunds for guaranteed services only.
Thank you for your business.

Tell us about your experience.
Go to: https://postalexperience.com/Pos
or scan this code with your mobile device.



\ or call 1-800-410-7420.

UFN: █-0882
Receipt #: █782-2
Clerk: 08