# EXHIBIT 2

I.Q. DATA INTERNATIONAL, INC.
21222 30TH DRIVE SE #C-210, BOTHELL WA 98021
MONDAY-FRIDAY 8 A.M. TO 5 P.M. PST
P.O. BOX 340, BOTHELL, WA 98041
TOLL FREE: (888)-248-2509 OR (425)-609-2150

MARCH 18, 2024

PRF                                                    Account#: ███████
STEKLY,FAITH

14154 MEADOWLAWN TRAIL NE
PRIOR LAKE MN 55372

RE: Original Creditor: LEXI APTS (MN)

|                | |
|---------------|---------|
| Principal Due: | $1051.18 |
| Interest Due:  | $10.20 |
| Total Due:     | $1061.38 |

Dear FAITH STEKLY

In reference to your recent request, please find enclosed validation of debt
you requested with LEXI APTS (MN).

Please remit the balance in full of $1061.38 or contact our office to
discuss this debt.

Should you have any further questions, please contact the undersigned below.

Sincerely,


Account Representative
888-248-2509

I.Q. Data International, Inc. is not a debt buyer.  We are a third party
debt collection agency retained by your former property management company to
collect on your outstanding debt.

This communication from a debt collector is an attempt to collect a debt
and any information obtained will be used for that purpose. Your outstanding
principal balance will accrue interest at a rate of 006.00 percent per annum.

**Resident Ledger**


ROERS
COMPANIES

Date: 02/12/2024

| Code | ▬▬▬▬ | Property | mn205 | Lease From | 09/25/2023 |
|---|---|---|---|---|---|
| Name | Faith Stekly | Unit | 234 | Lease To | 01/19/2024 |
| Address | Faith Stekly | Status | Past | Move In | 09/25/2023 |
| | 14154 meadowlawn trail ne | Rent | 1195.00 | Move Out | 01/19/2024 |
| City | Prior Lake, MN 55372 | Phone (H) | (952) 686-3386 | Phone (W) | |

| Date | Chg Code | Description | Charge | Payment | Balance | Chg/Rec |
|---|---|---|---|---|---|---|
| 07/10/2023 | admin | Administration Fee (Faith Stekly) | 150.00 | | 150.00 | |
| 07/10/2023 | Exappfee | Application Fee (Faith Stekly) | 50.00 | | 200.00 | |
| 07/10/2023 | cons | Promotional code [Lexi200] of $200.00 applied | (200.00) | | 0.00 | |
| 09/08/2023 | | chk# :ACH-WEB Online Payment - EFT Payment. Mobile Web - Resident Services | | 500.00 | (500.00) | |
| 09/18/2023 | garage | Parking Rent - Garage 13 days | 28.17 | | (471.83) | |
| 09/22/2023 | | chk# :ACH-WEB Online Payment - EFT Payment. Mobile Web - Resident Services | | 1,584.00 | (2,055.83) | |
| 09/25/2023 | rentres | Rent for 6 days | 239.00 | | (1,816.83) | |
| 09/25/2023 | internet | Internet for 6 days | 12.00 | | (1,804.83) | |
| 09/25/2023 | garage | Parking Rent - Garage 6 days | 13.00 | | (1,791.83) | |
| 09/25/2023 | deposit | Security Deposit | 500.00 | | (1,291.83) | |
| 09/27/2023 | parkrent | Eff 9/27 | (19.50) | | (1,311.33) | |
| 10/01/2023 | garage | Parking Rent - Garage (10/2023) | 65.00 | | (1,246.33) | |
| 10/01/2023 | internet | Internet & Cable Income (10/2023) | 60.00 | | (1,186.33) | |
| 10/01/2023 | rentres | Rent - Residential (10/2023) | 1,195.00 | | 8.67 | |
| 10/01/2023 | garage | Parking Rent - Garage 31 days | 65.00 | | 73.67 | |
| 10/17/2023 | garage | Correction NH | (65.00) | | 8.67 | |
| 10/25/2023 | vcrelecf | utility Non-Transfer Fee from 09/25/23 to 10/06/23 | 75.00 | | 83.67 | |
| 10/25/2023 | vcrelec | Electric Charge from 09/25/23 to 10/06/23 | 26.94 | | 110.61 | |
| 10/25/2023 | vcrelecf | Management set up Xcel account for resident. | (75.00) | | 35.61 | |
| 11/01/2023 | garage | Parking Rent - Garage (11/2023) | 65.00 | | 100.61 | |
| 11/01/2023 | internet | Internet & Cable Income (11/2023) | 60.00 | | 160.61 | |
| 11/01/2023 | rentres | Rent - Residential (11/2023) | 1,195.00 | | 1,355.61 | |
| 11/01/2023 | | chk# :ACH-WEB Online Payment - EFT Payment. Mobile Web - Resident Services | | 1,355.61 | 0.00 | |
| 11/29/2023 | utlbundl | Utility Charges for 37 Days 09/01/23 to 10/31/23 | 61.66 | | 61.66 | |
| 12/01/2023 | garage | Parking Rent - Garage (12/2023) | 65.00 | | 126.66 | |
| 12/01/2023 | internet | Internet & Cable Income (12/2023) | 60.00 | | 186.66 | |
| 12/01/2023 | rentres | Rent - Residential (12/2023) | 1,195.00 | | 1,381.66 | |
| 12/01/2023 | | chk# :ACH-WEB Online Payment - EFT Payment. Mobile Web - Resident Services | | 1,381.66 | 0.00 | |
| 12/27/2023 | damages | Door Damage & Repairs | 436.00 | | 436.00 | |
| 12/28/2023 | utlbundl | Utility Charges 11/01/23 to 11/30/23 | 46.91 | | 482.91 | |
| 12/28/2023 | violatio | Pet Waste Lease Violation | 300.00 | | 782.91 | |
| 01/01/2024 | garage | Parking Rent - Garage (01/2024) | 65.00 | | 847.91 | |
| 01/01/2024 | internet | Internet & Cable Income (01/2024) | 60.00 | | 907.91 | |
| 01/01/2024 | rentres | Rent - Residential (01/2024) | 1,195.00 | | 2,102.91 | |
| 01/05/2024 | latefee | Late Fee, 8% of $1195.00 | 95.60 | | 2,198.51 | |
| 01/05/2024 | latefee | Correction NH | (95.60) | | 2,102.91 | |
| 01/05/2024 | | chk# ▬▬▬▬ | | 1,803.00 | 299.91 | |
| 01/09/2024 | rentres | Pro Rate Move Out | (424.00) | | (124.09) | |

| 01/18/2024 | damages | Door Replacement Invoice # | 351.45 | 427.36 |
|---|---|---|---|---|
| 01/19/2024 | deposit | :Security Deposit credit | (500.00) | (72.64) |
| 01/26/2024 | damages | Fob lock replacement | 508.64 | 436.00 |
| 01/26/2024 | damages | Laundry Room Trim Damage/Replace | 50.00 | 486.00 |
| 01/26/2024 | damages | Full Paint/Wall Damage | 292.00 | 778.00 |
| 01/26/2024 | damages | Apartment/Carpet Cleaning | 250.00 | 1,028.00 |
| 01/29/2024 | utlbundl | Utility Charges for 19 Days | 23.18 | 1,051.18 |

# APARTMENT LEASE CONTRACT

**NAA**
NATIONAL APARTMENT ASSOCIATION
We Lead the Way Home

Date of Lease Contract: **August 3, 2023**
(when the Lease Contract is filled out)

*This is a binding document. Read carefully before signing.*

## Moving In — General Information

**1. PARTIES.** This Lease Contract (sometimes referred to as the "lease") is between *you*, the resident(s) *(list all people signing the Lease Contract):*

**Faith Stekly**

and *us* the owner: **Lexi Apartments**

*(name of apartment community or title holder).* You've agreed to rent Apartment No. at **234** , **10717 Austin ST NE Unit 234**
_____ *(street address)* in
**Blaine** *(city),*
Minnesota, **55449** *(zip code)* (the "apartment" or the "premises") for use as a private residence only. The terms "you" and "your" refer to all residents listed above. The terms "we," "us," and "our" refer to the owner listed above (or any of owner's successors' in interest or assigns). Written or electronic notice to or from our managers constitutes notice to or from us. If anyone else has guaranteed performance of this Lease Contract, a separate Lease Contract Guaranty for each guarantor is attached.

The person authorized to manage the apartment is:

Name

Street Address

City, State, Zip Code

The owner or agent authorized to accept service of process and receive and give receipts for notices is:

Name
**2 Carlson Parkway N Suite #400**

Street Address
**Plymouth, MN 55447**
City, State, Zip Code

**2. OCCUPANTS.** The apartment will be occupied only by you and *(list all other occupants not signing the Lease Contract):*

No one else may occupy the apartment. Persons not listed above must not stay in the apartment for more than **14** consecutive days without our prior written consent, and no more than twice that many days in any one month. If the previous space isn't filled in, two days per month is the limit.

**3. LEASE TERM.** The initial term of the Lease Contract begins on the **25th** day of **September** , **2023** , and ends at 11:59 pm the **31st** day of **December** , **2024** . This Lease Contract will automatically renew month-to-month unless either party gives at least **60** days written notice of termination or intent to move-out as required by paragraph 51 (Move-Out Notice). If the number of days isn't filled in, at least 30 days notice is required. At least 15 days before this lease automatically renews, we will send you notice of automatic renewal as required by statute.

**4. RENT AND CHARGES.** Unless the parties agree in writing otherwise, you will pay $ **1195.00** per month for rent, payable in advance and without demand:

☒ at the on-site manager's office, or
☒ at our online payment site, or
☐ at _____

Prorated rent of $ **239.00** is due for the remainder of *[check one]*: ☒ 1st month or ☐ 2nd month, on _____ , _____ . Any additional expenses attributable to the online payment of rent will be disclosed to you by us.

Otherwise, you must pay your rent on or before the 1st day of each month (due date) with no grace period. Cash is unacceptable without our prior written permission. You must not withhold or offset rent unless authorized by statute. We may, at our option, and upon advance notice to you, require at any time that you pay all rent and other sums in cash, certified or cashier's check, money order, or one monthly check rather than multiple checks. At our discretion, we may convert any and all checks via the Automated Clearing House (ACH) system for the purposes of collecting payment. Rent is not considered accepted if the payment/ACH is rejected, does not clear, or is stopped for any reason. If you don't pay all rent on or before the **4th** day of the month, you'll pay a late charge. Your late charge will be *(check one)*: ☐ a flat rate of $ **95.60** or ☒ **8** % of your total rent due. The total amount of your late charges shall not exceed eight percent (8%) of your monthly rent payment. You'll also pay a charge of $ **30.00** for each returned check or rejected electronic payment, plus a late charge. If you don't pay rent on time, you'll be delinquent and all remedies under this Lease Contract will be authorized. All payment obligations under this Lease Contract shall constitute rent under this Lease Contract.

**5. SECURITY DEPOSIT.** Unless the parties otherwise agree in a separate addendum document, the total security deposit at the time of execution of this Lease Contract for all residents in the apartment is $ **500.00** , due on or before the date this Lease Contract is signed.

**In compliance with Minnesota law, your security deposit will bear simple interest. Interest will be included as part of the security deposit.** Within 21 days after termination of your residency and receipt of your mailing address or written delivery instructions, we will return the deposit to you, with interest, or furnish to you a written statement specifying the reasons for the withholding of the deposit or any portion thereof. You may not withhold payment of any portion of any rent on the grounds that the security deposit should serve as payment of the rent.

**6. KEYS.** You will be provided **0** apartment key(s), **1** mailbox key(s), **1** FOB(s), and/or _____ other access device(s) for access to the building and amenities at no additional cost at move-in. If the key, FOB, or other access device is lost or becomes damaged during your tenancy or is not returned or is returned damaged when you move out, you will be responsible for the costs for the replacement and/or repair of the same.

**7. UTILITIES.** We'll pay for the following items, if checked:
☐ water      ☐ gas      ☐ electricity ☐ master antenna
☐ wastewater ☐ trash    ☐ cable TV
☐ other _____

You'll pay for all other utilities, related deposits, and any charges, fees, or services on such utilities. You must not allow utilities to be

© 2023, National Apartment Association, Inc. - 4/2023, Minnesota

Document digitally signed using RENTCafe eSignature services. Document ID:

Page 1 of 8

(Release of Resident), or any other applicable laws. All notices to vacate must be in writing and must provide the date by which you intend to vacate. If the notice does not comply with the time requirements of paragraph 3 (Lease Terms), even if you move by the last date in the lease term, you will be responsible for an additional month's rent. If you fail to vacate by the date set forth in your notice, you will automatically and immediately become a holdover tenant pursuant to state law, and we will have all remedies available under this Lease Contract and state law.

52. **MOVE-OUT PROCEDURES.** The move-out date can't be changed unless we and you both agree in writing. You won't move out before the lease term or renewal period ends unless all rent for the entire lease term or renewal period is paid in full. Early move-out may result in reletting charges and acceleration of future rent under paragraphs 11 (Early Move-Out) and 34 (Default by Resident). You are not allowed to apply any security deposit to rent. You won't stay beyond the date you are supposed to move out.

53. **CLEANING.** You must thoroughly clean the apartment, including doors, windows, furniture, bathrooms, kitchen appliances, patios, balconies, garages, carports, and storage rooms. You must follow move-out cleaning instructions if they have been provided. If you don't clean adequately, you'll be liable for reasonable cleaning charges.

54. **MOVE-OUT INSPECTION.** You should meet with our representative for a move-out inspection. Our representative has no authority to bind or limit us regarding deductions for repairs, damages, or charges. Any statements or estimates by us or our representative are subject to our correction, modification, or disapproval before final refunding or accounting.

55. **SECURITY DEPOSIT DEDUCTIONS AND OTHER CHARGES.** Under Minnesota Law, we may withhold from the security deposit only amounts reasonably necessary to (1) remedy tenant defaults in the payment of rent or of other funds due to us under this lease or (2) to restore the premises to their condition at the commencement of the tenancy, ordinary wear and tear excepted. By way of example, the security may be applied toward unpaid rent; unpaid utilities; unreimbursed service charges; repairs or damages such as stickers, scratches, tears, burns, stains, or unapproved holes to restore the condition of the premises; replacement cost of our property that was in or attached to the apartment and is missing; replacing dead or missing smoke-detector batteries; utilities for repairs or cleaning; trips to let in company representatives to remove your telephone or TV cable services or rental items (if you so request or have moved out); trips to open the apartment when you or any guest or occupant is missing a key; unreturned keys; missing or burned-out light bulbs; removing or rekeying unauthorized access control devices or alarm systems; agreed reletting charges; packing, removing, or storing property removed or stored under paragraph 13 (Property Left in

Apartment); removing illegally parked vehicles; special trips for trash removal caused by parked vehicles blocking dumpsters; false security-alarm charges unless due to our negligence; animal-related charges under paragraphs 4 (Rent and Charges) and 28 (Animals); government fees or fines against us for violation (by you, your occupants, or guests) of local ordinances relating to smoke detectors, false alarms, recycling, or other matters; late-payment and returned-check charges; a charge (not to exceed $100) for owner/manager's time and inconvenience in our lawful removal of an animal or in any valid eviction proceeding against you, plus attorney's fees, court costs, and filing fees actually paid; and other sums due under this Lease Contract.

You'll be liable to us for: (1) charges for replacing all keys and access devices referenced in paragraph 6 (Keys) if you fail to return them on or before your actual move-out date; (2) accelerated rent if you have violated paragraph 34 (Default by Resident); and (3) a reletting fee if you have violated paragraph 11 (Early Move-Out).

56. **DEPOSIT RETURN, SURRENDER, AND ABANDONMENT.**
**Deposit Return and Forwarding Address.** You are required to provide us written notice of your forwarding address, on or before termination of this Lease Contract. We'll mail you, to the forwarding address you provide, your security deposit refund (less lawful deductions) and an itemized accounting of any deductions no later than 21 days after surrender or abandonment, unless statutes provide otherwise.

**Surrender.** You have surrendered the apartment when: (1) the move-out date has passed and no one is living in the apartment in our reasonable judgment; or (2) all apartment keys and access devices listed in paragraph 6 (Keys) have been turned in where rent is paid—whichever date occurs first.

**Abandonment.** You have abandoned the apartment when all of the following have occurred: (1) everyone appears to have moved out in our reasonable judgment; (2) clothes, furniture, and personal belongings have been substantially removed in our reasonable judgment; (3) you've been in default for non-payment of rent for 5 consecutive days, or water, gas, or electric service for the apartment not connected in our name has been terminated; and (4) you've not responded for 2 days to our notice left on the inside of the main entry door, stating that we consider the apartment abandoned. An apartment is also "abandoned" 10 days after the death of a sole resident.

Surrender, abandonment, and judicial eviction ends your right of possession for all purposes and gives us the immediate right to: clean up, make repairs in, and relet the apartment; determine any security deposit deductions; and remove property left in the apartment. Surrender, abandonment, and judicial eviction affect your rights to property left in the apartment (paragraph 13 - Property Left in the Apartment).

## Severability, Originals and Attachments, and Signatures

57. **SEVERABILITY.** If any provision of this Lease Contract is invalid or unenforceable under applicable law, such provision shall be ineffective to the extent of such invalidity or unenforceability only without invalidating or otherwise affecting the remainder of this Lease Contract. The court shall interpret the lease and provisions herein in a manner such as to uphold the valid portions of this Lease Contract while preserving the intent of the parties.

58. **ORIGINALS AND ATTACHMENTS.** This Lease Contract has been executed in multiple originals, with original signatures. We will provide you with a copy of the Lease Contract. Your copy of the Lease Contract may be in paper format, in an electronic format at your request, or sent via e-mail if we have communicated by e-mail about this Lease. Our rules and community policies, if any, will be attached to the Lease Contract and provided to you at signing. When an Inventory and Condition form is completed, you should retain a copy, and we should retain a copy. Any addenda or amendments you sign as a part of executing this Lease Contract are binding and hereby incorporated into and made part of the Lease Contract between you and us. This lease is the entire agreement between you and us. You acknowledge that you are NOT relying on any oral representations. A copy or scan of this Lease Contract and related addenda, amendments, and agreements may be used for any purpose and shall be treated as an original.

**Date form is filled out** (same as on top of page 1)

08/03/2023

| You are legally bound by this document. |
| Read it carefully before signing. |

**Resident or Residents** (all sign below)

_____

_____

_____

_____

_____

**Owner or Owner's Representative** (signing on behalf of owner)

_____

**Address and phone number of owner's representative for notice purposes**

2 Carlson Parkway N Suite #400

Plymouth, MN 55447
(763)285-8808

**Name and address of locator service** (if applicable)

_____

_____

_____

Document digitally signed using RENTCafe eSignature services. Document ID: 357972

## Document Information

Document Reference Number: ████████

Document Pages: 55

Signatures: 2
Initials: 2

Status: Completed

Document Name: Apartment Lease Form, Additional Special Provisions, Inventory and Condition Form, Animal Addendum, All-In-One Utility Addendum, Bed Bug Addendum, Mold Information and Prevention Addendum, Notice of Intent to Move Out, Lease Contract Buy-Out Agreement, Satellite Dish or Antenna Addendum, Enclosed Garage Addendum, Community Policies, Rules, & Regulations, Addendum for Rent Concession, Renter's or Liability Insurance Addendum, Remote Control, Card or Code Access Gate Addendum, No-Smoking Addendum, Assistance Animal Addendum, Parking Addendum, Addendum Regarding Medical Marijuana Use and Landlord's Commitment to Enforcement of Crime Free Housing, Crime/Drug Free Housing Addendum, Short-Term Subletting or Rental Prohibited, Package Acceptance Addendum, Photo, Video, and Statement Release Addendum, Reasonable Modifications and Accommodations Policy, Construction Addendum, Sustainable Living Addendum

| Signature Summary | Signature | Initials | Timestamp | Signing Status |
|---|---|---|---|---|
| Faith Stekly | *[signature]* | FS | 08/03/2023 05:04:08 PM CST | Completed |
| Document Started:<br>Email Address: | 08/03/2023 02:23:52 PM CST<br>faithelizs@icloud.com | | | |
| Nolan Higdem | *Nolan Higdem* | NH | 08/14/2023 09:04:13 AM CST | Completed |
| Document Started:<br>Email Address: | 08/08/2023 12:08:30 PM CST<br>nolan.higdem@roerscompanies.com | | | |

| Signature Details | Page | Signature/Initials | Signing Status | Tracking Details |
|---|---|---|---|---|
| Faith Stekly | 55 | FS | Completed | IP Address: 174.199.34.225<br>Timestamp: 08/03/2023 05:04:04 PM CST<br>User Agent: Safari on iPhone |
| Faith Stekly | 55 | *[signature]* | Completed | IP Address: 174.199.34.225<br>Timestamp: 08/03/2023 05:04:03 PM CST<br>User Agent: Safari on iPhone |
| Nolan Higdem | 55 | NH | Completed | IP Address: 63.231.148.120<br>Timestamp: 08/14/2023 09:04:11 AM CST<br>User Agent: Chrome on Windows |
| Nolan Higdem | 55 | *Nolan Higdem* | Completed | IP Address: 63.231.148.120<br>Timestamp: 08/14/2023 09:04:10 AM CST<br>User Agent: Chrome on Windows |

# Federal and State Law Disclosures

We are required under certain state laws to notify consumers of the following rights. This list of disclosures does not contain a complete list of the rights consumers have under federal and state law. This communication is from a debt collector. This is an attempt to collect a debt, and any information obtained will be used for that purpose. All telephone calls to and from I.Q. Data International, Inc. are subject to monitoring and/or recording.

### California:

The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP or www.ftc.gov.

As required by law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligations. But we will not submit a negative credit report to a credit reporting agency about this credit obligation until the expiration of the time period described in the initial notice sent to you.

Debt Collection License: #10045-99.

**Colorado:**
FOR INFORMATION ABOUT THE COLORADO FAIR DEBT COLLECTION PRACTICES ACT, SEE HTTPS://COAG.GOV/OFFICE-SECTIONS/CONSUMER-PROTECTION/CONSUMER-CREDIT-UNIT/COLLECTION-AGENCY-REGULATION/. Our Registered Trade Name in the state of Colorado is IQ Data International, Inc.

A consumer has the right to request in writing that a debt collector or collection agency cease further communication with the consumer. A written request to cease communication will not prohibit the debt collector or collection agency from taking any other action authorized by law to collect the debt.

IQ Data International, Inc. has a Colorado office with the following address and telephone number: 1776 S. Jackson St., Suite #900, Denver, CO 80210. Telephone number: (720) 647-9100. Only physical in-person payments may be accepted at the above-referenced office location. All payments made via U.S. mail should be mailed to the following address: P.O. Box 340, Bothell, WA 98041.

**Maine:**
Our hours of operation are Monday-Tuesday 12:00 pm - 9:00 pm (ET) and Wednesday-Friday 11:00 am - 8:00 pm (ET).

**Massachusetts:**
Our office address is 21222 30th Drive SE, Suite C-210, Bothell, WA 98021, and our hours of operation are Monday-Tuesday 12:00 pm - 9:00 pm (ET) and Wednesday-Friday 11:00 am - 8:00 pm (ET).

NOTICE OF IMPORTANT RIGHTS
YOU HAVE THE RIGHT TO MAKE A WRITTEN OR ORAL REQUEST THAT TELEPHONE CALLS REGARDING YOUR DEBT NOT BE MADE TO YOU AT YOUR PLACE OF EMPLOYMENT. ANY SUCH ORAL REQUEST WILL BE VALID FOR ONLY TEN DAYS UNLESS YOU PROVIDE WRITTEN CONFIRMATION OF THE REQUEST POSTMARKED OR DELIVERED WITHIN SEVEN DAYS OF SUCH REQUEST. YOU MAY TERMINATE THIS REQUEST BY WRITING TO I.Q. DATA INTERNATIONAL, INC.

**Minnesota:**
This collection agency is licensed by the Minnesota Department of Commerce. Our registered assumed name in the state of Minnesota is I.Q. Data International, Inc.

**New York:**
New York City Department of Consumer Affairs License Number: #2025516.

For all questions and concerns, please call (888) 248-2509 and ask for a Collections Manager.

As required by the New York City Department of Consumer Affairs, we are informing you that we do not have language services available for residents of New York City, and we do not provide New York City residents with a translation of any communication into a language other than English. A translation and description of commonly-used debt collection terms is available in multiple languages on the Department's website, www.nyc.gov/dca.

**North Carolina:**
North Carolina Department of Insurance Permit Number: #119506584.  I.Q. Data International, Inc., 21222 30th Drive SE, Suite C-210, Bothell, WA 98021.

**Tennessee:**
This Collection Agency is licensed by the Tennessee Collection Service Board, State Department of Commerce and Insurance.

**Utah:**
As required by Utah law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligations.  We will not submit a negative credit report to a credit reporting agency about this credit obligation until the expiration of the time period described on the initial notice.

**Wisconsin:**
This collection agency is licensed by the Division of Banking in the Wisconsin Department of Financial Institutions, www.wdfi.org.

**Wyoming:**
As required by law, you are hereby notified that a negative credit report on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligations.