**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| Faith Stekly,<br><br>      Plaintiff,<br><br>v.<br><br>I.Q. Data International, Inc., and<br><br>Liberty Mutual Insurance Company,<br><br>      Defendants. | Case No.: 0:25-cv-216-ECT-DLM<br><br><br>**DECLARATION OF**<br>**PETER F. BARRY** |

I, Peter F. Barry, Esq. declare as follows:

1. I am the owner of The Barry Law Office, Ltd, over the age of 18 and could competently testify to the following facts if so called upon to do so.

2. I am submitting this Declaration in support of **PLAINTIFF'S OBJECTION TO PRO HAC VICE ADMISSIONS OF ATTORNEYS PAUL GAMBOA AND KRISTA EASOM** in the above-entitled action (the "Action").

3. That attached as **Exhibit 1** is a true and correct copy of 2024-06-12 Nelson v. I.Q. Data International - Order for Sanctions. MIED Case 4:22-cv-12710-FKB-EAS ECF No. 48.

4. That attached as **Exhibit 2** is a true and correct copy of 2025-01-28 Nelson v. I.Q. Data International - Report and Recommendation for Order for Sanctions and Default. MIED Case 4:22-cv-12710-FKB-EAS ECF No. 63.

-1-

5.    That attached as **Exhibit 3** is a true and correct copy of 2024-09-16 Hesselbrock v

IQ Data International Inc - Order for Sanctions. Case 2:23-cv-02169-FLA-PVC

ECF No. 130.

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

Dated: April 18, 2025

**THE BARRY LAW OFFICE, LTD**

By:  s/ Peter F. Barry
Peter F. Barry, Esq.
Attorney I.D.#0266577
1422 Asbury Street
St. Paul, MN 55108-2434
Telephone:  (612) 379-8800
pbarry@lawpoint.com

**SAVAGE-WESTRICK, PLLP**

Samuel A. Savage, Esq.
Attorney I.D.# 0395638
900 American Blvd. East, Suite. 241
Bloomington, MN 55420
Telephone: (651) 292-9603
Fax: (651) 395-7423
savage@savagewestrick.com

***Attorneys for Plaintiff***