**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| Faith Stekly, <br><br>      Plaintiff, <br><br> v. <br><br> I.Q. Data International, Inc., and <br><br> Liberty Mutual Insurance Company, <br><br>      Defendants. | Case No.: 0:25-cv-216-ECT-DLM <br><br><br> **L.R. 7.1(c) WORD COUNT** <br> **COMPLIANCE CERTIFICATE** |

I, Peter F. Barry, certify that PLAINTIFF'S REPLY MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFF'S MOTION FOR ATTORNEY'S FEES AND COSTS complies with Local Rule 7.1(c). I further certify that in preparation of this memorandum I used Microsoft Word for Mac©2025, Version 16.96.1 (25042021), and that this word processing program has been applied specifically to include all text, headings, footnotes, and quotations in the following word count, except captions and signature blocks. I further certify that the above referenced memorandum contains **4,826** words.

Respectfully submitted,

Dated: April 27, 2025

**THE BARRY LAW OFFICE, LTD**

By:  s/ Peter F. Barry
Peter F. Barry, Esq.
Attorney I.D.#0266577
1422 Asbury Street
St. Paul, MN 55108-2434
Telephone:  (612) 379-8800
pbarry@lawpoint.com

- 1 -

- 2 -

**SAVAGE-WESTRICK, PLLP**

Samuel A. Savage, Esq.
Attorney I.D.# 0395638
900 American Blvd. East, Suite. 241
Bloomington, MN 55420
Telephone: (651) 292-9603
Fax: (651) 395-7423
savage@savagewestrick.com

*Attorneys for Plaintiff*