**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| Faith Stekly, | ) | Case No. 25-cv-00216-ECT-DLM |
| | ) | |
| Plaintiff, | ) | |
| | ) | **JOINT STIPULATION FOR** |
| vs. | ) | **DEFENDANT IQ DATA TO** |
| | ) | **AMEND ANSWER** |
| IQ Data International, Inc. and Liberty | ) | |
| Mutual Insurance Company, | ) | |
| | ) | |
| Defendants. | ) | |

The Parties to the above-captioned case agree and stipulate as follows:

1.      On February 27, 2025, Plaintiff filed a First Amended Complaint (Doc. 9).

2.      On March 13, 2025, Defendant IQ Data International, Inc. filed its Answer and Affirmative Defenses to the First Amended Complaint (Doc. 13). IQ Data's Answer included the following affirmative defense:

**THIRD AFFIRMATIVE DEFENSE**

Any recovery to Plaintiff, which Defendant denies is appropriate, should be set-off by the amount that the Plaintiff owes on the underlying account.

(Doc. 13, p. 14).

3.      On March 27, 2025, Plaintiff filed an "Answer" to Defendant IQ Data's Third Affirmative Defense, which Plaintiff contends is effectively a "Counterclaim" (Doc. 17).

4.      Plaintiff and Defendant IQ Data agree and stipulate that IQ Data may amend and file its Answer as set forth in the attached **Exhibit A.** Plaintiff contends that the withdrawn set-off defense lacked legal standing because Defendant IQ Data International, Inc. does not own the debt. Defendant does not concede this point, but agrees to the

1

withdrawal as reflected in Exhibit A.

5.      Defendant Liberty Mutual Insurance Company does not object to this Stipulation, and gives its consent for Defendant IQ Data to amend its March 13, 2025 Answer to remove the Third Affirmative Defense as set forth in the attached **Exhibit A**.

Dated: May 2, 2025                          **THE BARRY LAW OFFICE, LTD**

                                            By: */s/ Peter F. Barry*
                                            Peter F. Barry (#0266577)
                                            1422 Asbury St N
                                            St. Paul, MN 55108-2434
                                            Telephone:  (612) 379-8800
                                            pbarry@lawpoint.com

                                            Samuel A. Savage, Esq. (#0395638)
                                            **SAVAGE-WESTRICK, PLLP**
                                            900 American Blvd. East, Suite 241
                                            Bloomington, MN 55420
                                            Telephone: (651) 292-9603
                                            savage@savagewestrick.com
                                            *Attorneys for Plaintiff*

Dated: May 2, 2025                          **GORDON REES SCULLY MANSUKHANI LLP**

                                            By: */s/ Suzanne L. Jones*
                                            Suzanne L. Jones (#389345)
                                            Ashley Rae Everett (#0399986)
                                            80 S. 8th Street, Suite 3850
                                            Minneapolis, MN 55402
                                            Telephone: (612) 351-5969
                                            sljones@grsm.com
                                            aeverett@grsm.com
                                            *Attorneys for Defendant*
                                            *IQ Data International, Inc.*

Dated: May 2, 2025                    **GREGERSON, ROSOW, JOHNSON &
                                       NILAN, LTD**

                                       By: */s/ David H. Gregerson*
                                       David H. Gregerson (#37564)
                                       100 Washington Avenue South, Suite 1550
                                       Minneapolis, MN 55401
                                       Telephone: (612) 338-0755
                                       dgregerson@grjn.com
                                       *Attorneys for Defendant Liberty Mutual
                                       Insurance Company*

3