UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Faith Stekly,<br><br>     Plaintiff,<br><br>v.<br><br>I.Q. Data International, Inc., and<br><br>Liberty Mutual Insurance Company,<br><br>     Defendants. | Case No.: 0:25-cv-216-ECT-DLM<br><br><br>**MOTION** |

Plaintiff hereby respectfully moves this Court to GRANT Plaintiff's Motion to Amend the Amended Complaint (ECF #9) for good cause shown.

Respectfully submitted,

Dated: May 14, 2025

**THE BARRY LAW OFFICE, LTD**

By: s/ Peter F. Barry
Peter F. Barry, Esq.
Attorney I.D.#0266577
1422 Asbury Street
St. Paul, MN 55108-2434
Telephone: (612) 379-8800
pbarry@lawpoint.com

**SAVAGE-WESTRICK, PLLP**
Samuel A. Savage, Esq.
Attorney I.D.# 0395638
900 American Blvd. East, Suite. 241
Bloomington, MN 55420
Telephone: (651) 292-9603
Fax: (651) 395-7423

*Attorneys for Plaintiff*