**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| Faith Stekly,<br><br>           Plaintiff,<br><br>v.<br><br>I.Q. Data International, Inc., and<br><br>Liberty Mutual Insurance Company,<br><br>           Defendants. | Case No.: 0:25-cv-216-ECT-DLM<br><br><br>**DECLARATION OF**<br>**PETER F. BARRY** |

I, Peter F. Barry, Esq. declare as follows:

1.  I am counsel for Plaintiff in the above-captioned matter.

2.  Attached hereto as **Exhibit A** is a true and correct copy of an email received on July 1, 2025, from Defendants' counsel which again omits the last know addresses and telephone numbers of the three collection employees known to be involved in the disputed collection activity.

3.  Attached hereto as **Exhibit B** is a true and correct copy of the Opinion and Order issued on June 27, 2025, in *Nelson v. I.Q. Data Int'l, Inc.*, No. 4:22-cv-12710 (E.D. Mich.), ECF No. 68.

4.  Attached hereto as **Exhibit C** is a true and correct copy of the Notice of Non-Compliance filed on July 14, 2025, in *Nelson v. I.Q. Data Int'l, Inc.*, No. 4:22-cv-12710 (E.D. Mich.), ECF No. 71.

-1-

5. Despite the Court's July 7, 2025, deadline, no follow-up information or supplementation has been received from Defendant with regard to either insurance information or employee contact information, other than the single page document described in the memorandum of law herein and marked "ATTORNEY'S EYES ONLY."

6. Defendant did not produce any insurance information which included the insuring clauses, exclusions, endorsements, conditions, or other operative provisions necessary to evaluate the nature and scope of any coverage as required by Fed.R.Civ.P. 26(a)(1)(A)(iv). Defendant has not even identified the name or address of the insurance carrier.

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

Dated: July 16, 2025

**THE BARRY LAW OFFICE, LTD**

By:  s/ Peter F. Barry
Peter F. Barry, Esq.
Attorney I.D.#0266577
1422 Asbury Street
St. Paul, MN 55108-2434
Telephone:  (612) 379-8800
pbarry@lawpoint.com

**SAVAGE-WESTRICK, PLLP**

Samuel A. Savage, Esq.
Attorney I.D.# 0395638
900 American Blvd. East, Suite. 241
Bloomington, MN 55420
Telephone: (651) 292-9603
Fax: (651) 395-7423

savage@savagewestrick.com

***Attorneys for Plaintiff***