

**Peter Barry <pbarry@lawpoint.com>**

# IQ Data Supplemental Rule 26(a) disclosures
1 message

---

**Paul Gamboa** <pgamboa@grsm.com>                    Tue, Jul 1, 2025 at 12:30 PM
To: Peter Barry <pbarry@lawpoint.com>, Samuel Savage <savage@savagewestrick.com>
Cc: Krista Easom <keasom@grsm.com>, Suzanne Jones <sljones@grsm.com>, Leah
Christenson <lchristenson@grsm.com>, David Gregerson <dgregerson@grjn.com>

Good afternoon, counsel –


Pursuant to Rule 26(a)(1) and 26(e), please be advised that Ayla Fox and Nick Ferguson continue to work
with IQ Data. We have confirmed our representation of them, and would be happy to facilitate their
depositions upon request. Rachel Holloway is no longer with IQ Data, and I am working on contacting her to
determine whether we will be representing her as well. I will provide her last known address as soon as I
can.


Further, please find attached the declaration page for the at-issue insurance policy.


Please let me know if you have any questions, and best wishes for the holiday.


- Paul

---

This email communication may contain CONFIDENTIAL INFORMATION WHICH ALSO MAY BE
LEGALLY PRIVILEGED and is intended only for the use of the intended recipients identified above. If you
are not the intended recipient of this communication, you are hereby notified that any unauthorized
review, use, dissemination, distribution, downloading, or copying of this communication is strictly

CASE 0:25-cv-00216-ECT-DLM   Doc. 63-1   Filed 07/16/25   Page 2 of 2

prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify us by reply email, delete the communication and destroy all copies.

### GORDON REES SCULLY MANSUKHANI, LLP
### YOUR 50 STATE LAW FIRM™

www.grsm.com

---

**IQD000290 - IQ Data Insurance Declarations 2024-2025(103702285.1).pdf**
303K