# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

ELIZABETH NELSON,
individually and on behalf of
similarly situated persons defined herein,

        Plaintiff,

    v.

I.Q. DATA INTERNATIONAL, INC.,

        Defendant.

Case No. 22-cv-12710

Honorable F. Kay Behm

Magistrate Judge Elizabeth A Stafford

## PLAINTIFF'S NOTICE OF NON-COMPLIANCE WITH COURT'S ORDER ECF#68

Plaintiff Elizabeth Nelson hereby provides notice to this Court on June 27, 2025 (ECF #68) the Court Ordered Defendant I.Q. Data International Inc. to fully answer Interrogatory Nos. 6 and 7 or face an order of contempt under Rule 37(b)(2)(A)(vii) and further sanctions under 37(b)(2)(A)(ii). The Court further Ordered Defendant I.Q. Data International Inc. to submit a proposed order stipulating that it will not dispute that 1% of its net worth is $500,000 or more or (2) fully answer the discovery requests about its net worth. The Court warned Defendant I.Q. Data International Inc. that failure to submit a proposed order stipulation that it will not dispute its net worth of $500,000 or fully answer discovery requests about its net worth would be treated as contempt of court under Rule 37(b)(2)(A)(vii).

Plaintiff Elizabeth Nelson submits to this Court that as of July 14, 2025, Defendant I.Q. Data International Inc. has not provided a response to Interrogatory Nos. 6 or 7.

Plaintiff Elizabeth Nelson further submits to this Court that as of July 14, 2025, Defendant I.Q. Data International Inc. has not, to Plaintiff Elizabeth Nelson's, knowledge provided a proposed order stipulating that it will not dispute that 1% of its net worth is $500,000 or more.

Plaintiff Elizabeth Nelson further submits to this Court that Defendant I.Q. Data International Inc. has not provided a response to discovery requests about its net worth.

More than 14 days have elapsed since the Court's order dated June 27, 2025 (ECF #68).

Respectfully submitted,
/s/ John Evanchek, Esq. (P66157)

John Evanchek, Esq. (P66157)
Curtis C. Warner (P59915) (*Of Counsel*)
Kelley and Evanchek, PC
43695 Michigan Ave.
Canton, Michigan 48188
Tel: (734) 397-4540
John@kelawpc.com
cwarner@warner.legal
Tel: (607) 438-3011 (Dir.)
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I, John Evanchek, Esq., hereby certify that on **July 14, 2025**, I filed electronically the foregoing with the Court using the Court's ECF system, which will automatically send notice to all counsel of record that has so appeared.

Respectfully submitted,
/s/ John Evanchek, Esq. (P66157)

John A. Evanchek (P66157)
Curtis C. Warner (P59915) (*Of Counsel*)
KELLEY & EVANCHEK, P.C.
43695 Michigan Ave.
Canton, MI 48188-2516
Tel: (734) 397-4540
john@kelawpc.com
cwarner@warner.legal
Tel: (607) 438-3011 (Dir.)
*Counsel for Plaintiff*

3