**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| Faith Stekly,<br><br>     Plaintiff,<br><br>v.<br><br>I.Q. Data International, Inc., and<br><br>Liberty Mutual Insurance Company,<br><br>     Defendants. | Case No.: 0:25-cv-216-ECT-DLM<br><br><br>**L.R. 7.1(c) WORD COUNT**<br>**COMPLIANCE CERTIFICATE** |

I, Peter F. Barry, certify that PLAINTIFF'S MEMORANDUM OF LAW complies with Local Rule 7.1(c). I further certify that in preparation of this memorandum I used Microsoft Word for Mac©2025, Version 16.99 (25071321), and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the following word count, except captions and signature blocks. I further certify that the above referenced memorandum contains **2,128** words and its accompanying Exhibit A which is referenced therein contains **24,279** words for a total of **26,407** words. Prior to filing this memorandum and Exhibit A, I sought leave from the Court to exceed the word count limits under LR 7.1(f)(1)(D), which request was subsequently granted by the Court at ECF #67.

Respectfully submitted,

Dated: July 22, 2025

**THE BARRY LAW OFFICE, LTD**

By:  s/ Peter F. Barry
Peter F. Barry, Esq.

- 1 -

- 2 -

Attorney I.D.#0266577
1422 Asbury Street
St. Paul, MN 55108-2434
Telephone: (612) 379-8800
pbarry@lawpoint.com


**SAVAGE-WESTRICK, PLLP**

Samuel A. Savage, Esq.
Attorney I.D.# 0395638
900 American Blvd. East, Suite. 241
Bloomington, MN 55420
Telephone: (651) 292-9603
Fax: (651) 395-7423
savage@savagewestrick.com

***Attorneys for Plaintiff***