**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| Faith Stekly, | Case No.: 0:25-cv-216-ECT-DLM |
| Plaintiff, | |
| v. | |
| I.Q. Data International, Inc., and | **DECLARATION OF** |
| | **PETER F. BARRY** |
| Liberty Mutual Insurance Company, | |
| Defendants. | |

I, Peter F. Barry, Esq. declare as follows:

1. I am counsel for Plaintiff in the above-captioned matter.

2. Attached hereto as **Exhibit A** is a true and correct copy of the LR 37.1 discovery dispute summary that I prepared in this case and provided in Word format to Defendants counsel, Paul Gamboa, Esq.

3. Mr. Gamboa inserted the Defendant's various positions into this document.

4. I added the yellow highlight contained in the Interrogatory section for ease of reference for the Court.

5. In some instances, where there were repeated lengthy boilerplate objections and arguments in Mr. Gamboa's submissions back to me I shortened the final Exhibit A document to simply read where appropriate:

> **Defense position:** Same as Request #11 (Scope, Commercially Sensitive Information, Trade Secrets)

-1-

**Defense position:** Same as Interrogatory #4 (Scope, Commercially Sensitive

Information, Trade Secrets)

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

Dated: July 22, 2025

**THE BARRY LAW OFFICE, LTD**

By: s/ Peter F. Barry
Peter F. Barry, Esq.
Attorney I.D.#0266577
1422 Asbury Street
St. Paul, MN 55108-2434
Telephone: (612) 379-8800
pbarry@lawpoint.com

**SAVAGE-WESTRICK, PLLP**

Samuel A. Savage, Esq.
Attorney I.D.# 0395638
900 American Blvd. East, Suite. 241
Bloomington, MN 55420
Telephone: (651) 292-9603
Fax: (651) 395-7423
savage@savagewestrick.com

*Attorneys for Plaintiff*