**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| Faith Stekly, | ) | Case No. 0:25-cv-00216-ECT-DLM |
| | ) | |
| Plaintiff, | ) | |
| | ) | **IQ DATA INTERNATIONAL** |
| vs. | ) | **INC.'S L.R. 7.1(C) WORD COUNT** |
| | ) | **COMPLIANCE CERTIFICATE** |
| IQ Data International, Inc. | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

I, Suzanne L. Jones, certify that DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR CONTEMPT complies with Local Rule 7.1(c). I further certify that in preparation of this memorandum I used Microsoft Word for Windows© 2025, Version 16.98 (25060824), and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the following word count, except captions and signature blocks. I further certify that the above referenced memorandum contains **2,072** words.

DATED: July 23, 2025                    Respectfully Submitted,

                                        **GORDON REES SCULLY**
                                        **MANSUKHANI, LLP**

                                        By: */s/Suzanne L. Jones*
                                        Suzanne L. Jones, MN Bar No. 389345
                                        Leah J. Christenson, MN Bar No. 0504664
                                        80 S. 8TH Street, Suite 3850
                                        Minneapolis, MN 55402
                                        Tel. (612) 351-5969
                                        sljones@grsm.com
                                        lchristenson@grsm.com
                                        *Attorneys for Defendant*

1