# EXHIBIT D

CASE 0:25-cv-00216-ECT-DLM    Doc. 79-1    Filed 07/29/25    Page 2 of 2



**Peter Barry <pbarry@lawpoint.com>**

# RE: INADMISSIBLE RULE 408 COMMUNICATION - STEKLY V. I.Q. DATA INTERNATIONAL, INC.

1 message

**Krista Easom** <keasom@grsm.com>                    Wed, Jul 23, 2025 at 11:06 AM
To: Peter Barry <pbarry@lawpoint.com>, Paul Gamboa <pgamboa@grsm.com>
Cc: Leah Christenson <lchristenson@grsm.com>, Suzanne Jones <sljones@grsm.com>,
Samuel Savage <savage@savagewestrick.com>, David Gregerson
<dgregerson@grjn.com>

Hi Peter,


Can you let us know if you are agreeable to a 7-day extension of IQ Data's response to the pending motion for contempt?


Are you willing to withdraw the motion if we provide the addresses and additional insurance agreement by the end of the week?


Lastly, thank you for the below settlement proposal and your continued efforts to propose ways we can resolve this case. We will advise of IQ Data's response and may have some follow up questions.


Kind regards


Krista