# EXHIBIT E



Peter Barry <pbarry@lawpoint.com>

---

# STEKLY V. I.Q. DATA INTERNATIONAL, INC.

1 message

---

**Krista Easom** <keasom@grsm.com>                     Tue, Jul 29, 2025 at 10:27 AM
To: Peter Barry <pbarry@lawpoint.com>, Paul Gamboa <pgamboa@grsm.com>
Cc: Leah Christenson <lchristenson@grsm.com>, Suzanne Jones <sljones@grsm.com>,
Samuel Savage <savage@savagewestrick.com>, David Gregerson
<dgregerson@grjn.com>

Hi Mr. Barry,


Following up on our request for you to withdraw the motion for contempt if IQ Data is able to provide the
additional information.


Please also find for service:


- IQ Data's FDCPA Policy – IQD0000291-306
- IQ Data's Dispute Policy - IQD0000307-310


Kind regards,


Krista

---