**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| Faith Stekly,<br><br>      Plaintiff,<br><br>v.<br><br>I.Q. Data International, Inc., and<br><br>Liberty Mutual Insurance Company,<br><br>      Defendants. | Case No.: 0:25-cv-216-ECT-DLM<br><br><br>**DECLARATION OF<br>PETER F. BARRY** |

I, Peter F. Barry, Esq. declare as follows:

1. I am counsel for Plaintiff in the above-captioned matter.

2. Attached hereto as **Exhibit A** is a true and correct copy of the proposed subpoena to Plaintiff's former employer, International Paper, propounded but not yet served by Defendant I.Q. Data International, Inc.

I declare under penalty of perjury that the foregoing is true and correct.

                        Respectfully submitted,

Dated: September 11, 2025        **THE BARRY LAW OFFICE, LTD**

                        By:  s/ Peter F. Barry
                        Peter F. Barry, Esq.
                        Attorney I.D.#0266577
                        1422 Asbury Street
                        St. Paul, MN 55108-2434
                        Telephone:  (612) 379-8800
                        pbarry@lawpoint.com

                        **SAVAGE-WESTRICK, PLLP**

-1-

-2-

Samuel A. Savage, Esq.
Attorney I.D.# 0395638
900 American Blvd. East, Suite. 241
Bloomington, MN 55420
Telephone: (651) 292-9603
Fax: (651) 395-7423
savage@savagewestrick.com

***Attorneys for Plaintiff***

-2-