**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| Faith Stekly, | Case No.: 0:25-cv-00216-ECT-DLM |
| Plaintiff, | |
| v. | **L.R. 7.1(c) WORD COUNT** |
| | **COMPLIANCE CERTIFICATE** |
| IQ Data International, Inc., and Liberty Mutual Insurance Company, | |
| Defendants. | |

---

I, Suzanne L. Jones, certify that DEFENDANT'S MEMORANDUM OF LAW IN OPPOSITION TO PLAINTIFF'S MOTION FOR PROTECTIVE ORDER complies with Local Rule 7.1(c). I further certify that in preparation of this memorandum, I used Microsoft Word for Windows 2025, Version 2506, and that this word processing program has been applied specifically to include all text, headings, footnotes, and quotations in the following word count, except captions and signature blocks. I further certify that the above referenced memorandum contains **1,973** words.

Respectfully submitted,

**GORDON REES SCULLY MANSUKHANI, LLP**

Dated:  September 17, 2025          /s/ Suzanne L. Jones
Suzanne L. Jones (#389345)
Leah Christenson (#0504664)
Paul Gamboa (pro hac vice)
Krista Easom (pro hac vice)

1

80 South 8th Street, Suite 3850
Minneapolis, MN  55402
P:  612-382-0625
sljones@grsm.com
lchristenson@grsm.com
pgamboa@grsm.com
keasom@grsm.com
***Counsel for Defendant IQ Data Int'l., Inc.***

2