**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| Faith Stekly, | ) | Case No. 0:25-cv-00216-ECT-DLM |
| | ) | |
| Plaintiff, | ) | |
| | ) | **DECLARATION OF** |
| vs. | ) | **SUZANNE L. JONES** |
| | ) | |
| IQ Data International, Inc. and Liberty | ) | |
| Mutual Insurance Company, | ) | |
| | ) | |
| Defendants. | ) | |

I, Suzanne L. Jones, declare as follows:

1. I am counsel for Defendant IQ Data International, Inc. in the above-captioned matter.

2. Attached hereto as **Exhibit A** is a true and correct copy of Plaintiff's Responses to IQ Data's Interrogatories, propounded and served on Plaintiff by IQ Data.

3. Attached hereto as **Exhibit B** is a true and correct copy of Plaintiff's Responses to IQ Data's Requests for Production, propounded and served on Plaintiff by IQ Data.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: September 17, 2025          Respectfully Submitted,

**GORDON REES SCULLY
MANSUKHANI, LLP**

By: */s/Suzanne L. Jones*
    Suzanne L. Jones, MN Bar No. 389345
    80 S. 8TH Street, Suite 3850
    Minneapolis, MN 55402
    Tel. (612) 351-5969

1

sljones@grsm.com
aeverett@grsm.com
*Attorneys for Defendant*