# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Faith Stekly,

               Plaintiff,

v.

IQ Data International, Inc., and
Liberty Mutual Insurance Company,

               Defendant.

Case No.: 0:25-cv-00216-ECT-DLM

**WORD COUNT CERTIFICATE ON IQ DATA INTERNATIONAL, INC.'S OPPOSITION TO PLAINTIFF'S MOTION FOR SANCTIONS**

IQ Data International, Inc. ("Defendant" or "IQ Data"), states by and through its attorneys, the Memorandum of Law in Opposition to Plaintiff's Motion for Sanctions contains 1,042 words and complies with the type/volume limitations of LR 7.1(f).  The memorandum was prepared using a 13-point font in compliance with the type-size limit of LR 7.1(h).  The word count is stated in reliance upon Microsoft Word for Office 365 and includes all text, headings, footnotes and quotations.

GORDON REES SCULLY MANSUKHANI, LLP

Dated:  September 24, 2025

 */s/ Suzanne L. Jones*
Suzanne L. Jones (#389345)
Paul Gamboa, *admitted pro hac vice*
80 South 8th Street, Suite 3850
Minneapolis, MN  55402
P:  612-382-0625
sljones@grsm.com
pgamboa@grsm.com
***Counsel for Defendant IQ Data Int'l., Inc.***

1